**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 07-60777-CIV-UNGARO

STANLEY MARTINEZ,

      Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Defendant's Motion for Summary Judgment, filed on November 9, 2007 (D.E. 16) and Plaintiff's Motion for Summary Judgment, filed on January 5, 2008 (D.E. 19 & 20).

THE MATTER was referred to the Honorable Robert L. Dubé, United States Magistrate Judge.  A Report and Recommendation dated August 1, 2008 has been filed, recommending that (1) Defendant's Motion for Summary Judgment be granted, and (2) Plaintiff's Motion for Summary Judgment be denied.  The parties have failed to file objections to the Report.  *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding the failure to file timely objections bars the parties from attacking factual findings on appeal). The matter is ripe for disposition.

THIS COURT has made a *de novo* review of the entire file and record herein, and, being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that United States Magistrate Judge Dubé's Report and Recommendation of August 1, 2008, is RATIFIED, AFFIRMED and ADOPTED.  It is further

ORDERED AND ADJUDGED that Plaintiff's Motion (D.E. 19 & 20) is DENIED.  It is further

ORDERED AND ADJUDGED that Defendant's Motion (D.E. 16) is GRANTED and the decision of the Administrative Law Judge is AFFIRMED.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of August, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
U.S. Magistrate Judge Dube´
Counsel of Record